**Order entered February 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00111-CV

## IN THE INTEREST OF S.G.I., A CHILD, Appellant

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12157**

## ORDER

Before the Court is court reporter Melva Key's February 11, 2020 request to extend time to file the reporter's record. We **GRANT** Ms. Key's request. The reporter's record shall be filed by March 13, 2020.

/s/    KEN MOLBERG
        JUSTICE